IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DIAMOND SERVICES MANAGEMENT COMPANY, LLC and FREDERICK GOLDMAN, INC., | ) ) ) ) | Case: 1:21–mc–00036<br>Assigned To : Kelly, Timothy J.<br>Assign. Date : 3/26/2021<br>Description: Misc. |
| Petitioners | ) | Case No.: _____ |
| v. | ) ) | |
| KNOBBE MARTENS OLSON & BEAR, LLP | ) ) ) | Case In Other Court: *Diamond Services Management Company, LLC et al. v. C&C Jewelry Manufacturing, Inc. et al.*, Case No. 19-cv-07675 (N.D. Illinois) |
| and | ) ) | |
| KENEALY VAIDYA, LLP | ) ) | |
| Respondents | ) | |

**MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS ISSUED TO KNOBBE MARTENS OLSON & BEAR LLP AND <u>KENEALY VAIDYA, LLP</u>**

Petitioners Diamond Services Management Company, LLC ("Diamond") and Frederick Goldman, Inc. ("Goldman") (collectively "Petitioners"), pursuant to Federal Rule of Civil Procedure 45, respectfully move this Court for an Order compelling Knobbe Martens Olson & Bear LLP ("Knobbe") and Kenealy Vaidya, LLP ("KV") to produce documents in accordance with subpoenas served on January 21, 2021 (the "Knobbe Subpoena" and the "KV Subpoena" respectively). Both Subpoenas were issued out of the United States District Court for the Northern District of Illinois by Petitioners in the underlying pending litigation captioned: *Diamond Services Management Company, LLC and Frederick Goldman, Inc. v. C&C Jewelry Manufacturing, Inc. and Robert G. Connolly*, Case No. 19-cv-07675 (N.D. Ill.).

As set forth in detail in the accompanying Memorandum of Points and Authorities, this Court should grant Petitioners' Motion because: (1) the Subpoenas seek documents that are directly relevant to Petitioners' claims in the Illinois Action; (2) the requested documents are

1

limited in scope, readily identifiable, and do not subject Knobbe or KV to undue burden; (3) the patent agent privilege, which Knobbe did not raise, does not preclude the production of documents from a registered patent agent; (4) the attorney client privilege does not protect the disclosure of the requested documents from either Knobbe or KV; and (5) 35 U.S.C. §§301, 302 does not bar the production of the requested documents from KV because they are directly relevant to Petitioners' claims.

Pursuant to Local Rule 7(m), Counsel for Petitioners have met and conferred with counsel for both Knobbe and KV in an effort to narrow the scope of the dispute after both law firms responded and objected to the Subpoenas. Knobbe and KV intend to oppose this Motion.

For the reasons set forth above and the accompanying Memorandum, Petitioners respectfully request that this Court grant their Motion and enter an Order compelling both Knobbe Martens Bear & Olson LLP and Kenealy Vaidya, LLP to respond to the Subpoenas and produce (a) the client(s) engagement letters; and (b) billing invoices in connection with the 2019 Request for Certificate of Correction of the 6,928,734 Patent and 2020 Ex Parte Request for Reexamination of the 6,928,734 Patent.

Dated: March 26, 2021                    DENTONS US LLP

By:/s/  Drew W. Marrocco
Drew W. Marrocco (DC Bar # 453205)
**DENTONS US LLP**
1900 K Street NW
Washington, DC 20006
(202) 408-6387
drew.marrocco@dentons.com

Leah R. Bruno (*pro hac vice to be submitted*)
**DENTONS US LLP**
233 S. Wacker Drive, Suite 5900
Chicago, IL  60606

(312) 876-8000
leah.bruno@dentons.com

Tony K. Lu (*pro hac vice to be submitted*)
**DENTONS US LLP**
One Beacon Street, Suite 25300
Boston, MA 02108
(617) 235-6817
tony.lu@dentons.com

*Attorneys for Petitioners Diamond Services Management Company, LLC and Frederick Goldman, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on this 26th day of March, 2021, a true copy of the foregoing, **MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS ISSUED TO KNOBBE MARTENS OLSON & BEAR LLP AND KENEALY VAIDYA, LLP,** was served upon the following via US mail and electronic mail:

Wendy Peterson, Esq.
Jason Champion, Esq.
Knobbe, Martens, Olson & Bear LLP
1717 Pennsylvania Avenue N.W.
Suite 900
Washington, DC 20006
Wendy.peterson@knobbe.com
Jason.champion@knobbe.com


Ajit I. Vaidya, Esq.
Kenealy Vaidya, LLP
3000 K. Street, NW
Suite 200
Washington, DC 20007
avaidya@kviplaw.com

                               /s/      Drew W. Marrocco
                               *One of the attorneys for Petitioners*
                               *Diamond Services Management Company, LLC*
                               *and Frederick Goldman, Inc.*