CO-386
10/2018

# United States District Court
# For the District of Columbia

Diamond Services Management Company LLC and Frederick Goldman, Inc().

                 Plaintiff

vs

Knobbe Martens Olson & Bear LLP and Kenealy Vaidya, LLP

                 Defendant

Civil Action No._____

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Frederick Goldman, Inc._____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Drew W. Marrocco
_____
Signature

453205
_____
BAR IDENTIFICATION NO.

Drew W. Marrocco
_____
Print Name

Dentons US LLP, 1900 K Street NW
_____
Address

Washington      DC      20006
City              State      Zip Code

202-408-6387
_____
Phone Number