# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DIAMOND SERVICES MANAGEMENT COMPANY, LLC and FREDERICK GOLDMAN, INC., | ) ) ) ) | |
| Petitioners | ) | Case No.: 1:21-mc-00036-TJK-ZMF |
| v. | ) ) | Case In Other Court: *Diamond Services Management Company, LLC et al. v. C&C Jewelry Manufacturing, Inc. et al.*, Case No. 19-cv-07675 (N.D. Illinois) |
| KNOBBE MARTENS OLSON & BEAR, LLP | ) ) ) | |
| and | ) ) | |
| KENEALY VAIDYA, LLP | ) ) | |
| Respondents | ) | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of Petitioners' Motion for Admission Pro Hac Vice of Leah R. Bruno and the Court having considered the matter and good cause having been shown, it is hereby

ORDERED that Leah R. Bruno be admitted pro hac vice for the purpose of representing Petitioners in the above-captioned matter.

SO ORDERED.

_____
United States District Judge