AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| DIAMOND SERVICES MGMT. CO., LLC, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 21-mc-00036-TJK-ZMF |
| KNOBBE MARTENS OLSON & BEAR, LLP et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Petitioners Diamond Services Management Company, LLC and Frederick Goldman, Inc.           .

Date:    08/05/2021                          /s/ Leah R. Bruno
                                                       *Attorney's signature*

                                              Leah R. Bruno (Illinois Bar No. 6269469)
                                                 *Printed name and bar number*

                                                        DENTONS US LLP
                                              233 South Wacker Drive, Suite 5900
                                                      Chicago, IL 60606-6361

                                                              *Address*

                                                  leah.bruno@dentons.com
                                                        *E-mail address*

                                                        (312) 876-7456
                                                      *Telephone number*

                                                        (312) 876-7934
                                                         *FAX number*