AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| DIAMOND SERVICES MGMT. CO., LLC, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21-mc-00036-TJK-ZMF |
| KNOBBE MARTENS OLSON & BEAR, LLP et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Respondent Kenealy Vaidya LLP .

Date: 08/05/2021

/s/ Ajit Vaidya
*Attorney's signature*

Ajit Vaidya (DC Bar No. 486031)
*Printed name and bar number*

KENEALY VAIDYA LLP
3050 K Street, NW, Suite 302
Washington, DC 20007
*Address*

avaidya@kviplaw.com
*E-mail address*

(202) 748-5903
*Telephone number*

(202) 748-5915
*FAX number*